# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Amber Doe<br><br>Plaintiff(s)/Petitioner(s)<br><br>v.<br><br>Sequoia Capital Ops., LLC, et al.<br><br>Defendant(s)/Respondent(s) | Case No. 2:25-cv-07898-MEMF (SK)<br><br>**ORDER RE: REPORT AND RECOMMENDATION ON REQUEST TO PROCEED IN FORMA PAUPERIS**<br><br>CIVIL RIGHTS, HABEAS, AND SOCIAL SECURITY |

The Court has reviewed the Report and Recommendation prepared by the United States Magistrate Judge on Plaintiff(s)'/Petitioner(s)' Request to Proceed *In Forma Pauperis* and the documents submitted with the IFP Request. The Court:

- [■] accepts the findings, conclusions and recommendations of the Magistrate Judge.
- [ ] rejects the findings, conclusions and recommendations of the Magistrate Judge.
- [ ] _____, the findings, conclusions and recommendations of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that the Request to Proceed *In Forma Pauperis* is:

- [ ] **DENIED.** Plaintiff/Petitioner must pay the filing fees in full within 30 days of this order.
- [■] **DENIED.** This case is DISMISSED  [■] with prejudice. [ ] without prejudice. **(JS-6).**
- [ ] **DENIED**, with leave to amend [ ] the IFP application [ ] the complaint/petition within 30 days. If Plaintiff/Petitioner fails to submit the required documents within 30 days, this case will be dismissed.
- [ ] **GRANTED.**
- [ ] **GRANTED. IT IS FURTHER ORDERED** that:
    In accordance with 28 U.S.C. § 1915, the prisoner-Plaintiff owes the Court the total filing fee of $350.00. An initial partial filing fee of $_____ must be paid within 30 days of this Order. Thereafter, monthly payments must be forwarded to the Court in accordance with 28 U.S.C. § 1915(b)(2). Failure to pay the filing fee, as ordered, may result in dismissal of the case.
- [ ] **GRANTED;**
    - [ ] the Court will screen the complaint under 28 U.S.C. § 1915(e)(2)(B) and, if applicable, § 1915A.
    - [ ] the Court will screen the petition under Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.
- [■] **Other:**

> Plaintiff is warned that she may be declared a vexatious litigant in accordance with Local Rule 83-8 if she files another substantively identical lawsuit barred by res judicata. See Ringgold-Lockhart v. Cnty. of Los Angeles, 761 F.3d 1057, 1061 (9th Cir. 2014); De Long v. Hennessey, 912 F.2d 1144, 1147 (9th Cir. 1990). If declared a vexatious litigant, Plaintiff can be required to post security in an amount determined by the Court in order to file a civil suit and also required to obtain written authorization from the Court before filing any documents with the Clerk's Office. See Local Rule 83-8.2.

Dated: September 24, 2025

By: /s/ *signature*
HON. MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE