Case: 2:25cv7898  Doc: 16



Amber Doe
8306 #2020 Wilshire Blvd.
Los Angeles, CA 90211

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Bcc:
--Paper recipients: Amber Doe
8306 - 2020 Wilshire Boulevard
Los Angeles CA 90211
--Case Participants: Judge Maame Ewusi-Mensah Frimpong (crd_frimpong@cacd.uscourts.gov), Magistrate Judge Steve Kim (crd_kim@cacd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:
Message-Id:<41032897@cacd.uscourts.gov>Subject:Activity in Case 2:25-cv-07898-MEMF-SK Amber Doe v. Sequoia Capital Operations, LLC et al R&R - Accepting Report and Recommendations
Content-Type: text/html

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** There is no charge for viewing opinions.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 9/30/2025 at 2:45 PM PDT and filed on 9/24/2025

**Case Name:** Amber Doe v. Sequoia Capital Operations, LLC et al
**Case Number:** 2:25-cv-07898-MEMF-SK
**Filer:**
**WARNING: CASE CLOSED on 09/24/2025**
**Document Number:** 16

**Docket Text:**
ORDER RE: REPORT AND RECOMMENDATIONS ON REQUEST TO PROCEED IN FORMA PAUPERIS by Judge Maame Ewusi-Mensah Frimpong. The Court ACCEPTING the Findings, Conclusions and Recommendations of the Magistrate Judge [13]. IT IS THEREFORE ORDERED that the Request to Proceed IN Forma Pauperis [1] is DENIED. This case is DISMISSED with prejudice. (Made JS-6. Case Terminated.) SEE ORDER FOR FURTHER DETAILS. (jp)

**2:25-cv-07898-MEMF-SK Notice has been electronically mailed to:**
**2:25-cv-07898-MEMF-SK Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Amber Doe
8306 - 2020 Wilshire Boulevard
Los Angeles CA 90211

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS





NIXIE    910    6E    1        7211/19/25
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

NOT AUTHORIZED TO RECEIVE MAIL AS ADDRESSED



RECEIVED
CLERK, U.S. DISTRICT COURT
NOV 24 2025
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY